1056

THE STATE OF WASHINGTON, *Respondent*, v. CRAIG ALAN PUKI, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-06014-9, Stephanie A. Arend, J., entered May 24, 2002. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, C.J., and Bridgewater, J.

*In the Matter of the Custody of* A.L.A.P-G, ET AL.

RUSSELL PURSLOW, ET AL., *Appellants*, v. ERNESTO GUTIERREZ, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-3-01878-6, Marywave Van Deren, J., entered June 6, 2002. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, A.C.J., and Armstrong, J.

THE STATE OF WASHINGTON, *Respondent*, v. JOHN ADAM BOLLINGER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 02-1-00053-1, Terry K. McCluskey, J., entered June 26, 2002. *Remanded* by unpublished opinion per Seinfeld, J., concurred in by Quinn-Brintnall, A.C.J., and Bridgewater, J.

THE STATE OF WASHINGTON, *Respondent*, v. SPENCER ROBERT OWENS, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 98-1-04060-4, Stephanie A. Arend, J., entered May 24, 2002. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt, C.J., and Houghton, J.